

**IT IS ORDERED as set forth below:**

**Date: September 6, 2023**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re<br>ADAM DEYTON and HEATHER DEYTON,<br>    Debtors. | CASE NO. 23-20522-jrs<br><br>CHAPTER 7 |
| CONSUMERS CREDIT UNION, its assignees and/or successors in interest,<br><br>    Movant,<br>v.<br><br>ADAM DEYTON and HEATHER DEYTON; BRADLEY J. PATTEN, Trustee,<br><br>    Respondents. | Honorable James R. Sacca<br><br>Property:  **2022 Kia Sportage, VIN KNDPM3AC8N7960145** |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

A Motion for Relief from Stay with regard to the Property described above was

PAGE 1 OF 5

scheduled for hearing on <u>August 17, 2023</u> at <u>9:00 a .m.</u>

The parties hereby stipulate that the motion is settled as follows:

1.   The total postpetition arrearage due Movant is $2,154.96, which consists of monthly payments from May 21, 2023 through July 21, 2023 of $524.24 each; attorneys' fees/costs of $838.00; less suspense balance $-255.76.

2.   The arrearage shall be paid as follows:

☒   Debtor shall cure the post-petition arrearage of $2,154.96 and make the post-petittion payment of $524.24 due August 21, 2023, totaling <u>$2,679.20</u> on or before August 31, 2023

☐   Movant acknowledges receipt of $*.

☐   Debtor is entitled to a credit of $* for funds in his/her suspense account.

☒   Debtor shall resume timely post-petition payments to movant with the payment due September 21, 2023.

☐   Beginning   *, Debtor(s) shall pay an additional $* per month, and shall continue to pay said amount on the same day of each subsequent month through *, with a final payment of $* due on or before *, for a total of * month(s).

☐   Movant shall be authorized to file a supplemental or amended proof of claim as appropriate, to have the sum of $* paid by the Trustee.  This claim shall be paid in accordance with the plan.  If the plan does not provide for this claim, then the claim shall be paid after all secured claims receiving a set payment are paid in full.

3.  THE  PARTIES  AGREE  TO  THE  FOLLOWING  STRICT  COMPLIANCE PROVISIONS:

☒    Should Debtor fail to pay <u>$2,679.20</u> on or before <u>August 31, 2023</u> to cure the post petition arrearage and pay the August 21, 2023 monthly payment, the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, without further notice or hearing.

☒    Should Debtor(s) default in payment of any sums specified or in any regular monthly mortgage payments which come due to Movant commencing with the September 21, 2023 payment for the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtors and Debtors' attorney and failure of Debtors to cure such default within 15 days from date of receipt of such notice, Movant may file a motion and Affidavit of default,

PAGE 2 OF 5

with service upon Debtors and Debtors' attorney, and the Court may enter an order lifting the automatic stay, without further notice or hearing.

☐    There appears to be equity in the property. Therefore, should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due to Movant  during the strict compliance period specified in Paragraph 4, then upon notice of default sent by first class mail to Debtor(s), Debtor(s)'s attorney and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), Debtor(s)'s attorney and the Trustee. If no motion to convert case, motion to sell, response disputing the factual allegations of the motion, or response alleging some extraordinary circumstances comparable to those contemplated by Fed. R. Civ. P. 60(b), is filed within 20 days from the date of service of the motion and affidavit of default, then the Court may enter an Order lifting the automatic stay, without further notice or hearing.

4.    Strict compliance hereunder shall be in force:

☐    Until the delinquency is.

☐    For a period of * months from the date of entry of an Order incorporating this Stipulation.

☒    While this case remains pending.

5.    Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this order, shall be subject to the default provisions contained herein.

6.    Failure to perform the above required activities, including paying insurance and/or all ad valorem taxes in full within the specified time period, shall result in a material default and Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.

7.    ☐    The parties stipulate that the co-debtor(s) did not appear.

☒    The Motion does not seek relief from the co-debtor stay.

☐    The co-debtor stay shall remain in effect.

The parties having consented to the terms contained herein as evidence by their electronic

signatures affixed hereon, for cause shown in the Motion before the Court, it is SO ORDERED.

.

[END OF DOCUMENT]

Presented by:

/s/ Richard B. Maner
Richard B. Maner GA BAR NO. 486588
Richard B. Maner, PC
180 Interstate North Pkwy, Suite 200
Atlanta, GA 30339
(404) 252-6385
rmaner@rbmlegal.com
C.284-453

Consented to:

 /s/ Jack C. Lance
JACK C. LANCE, JR., ESQUIRE,
Attorney for Debtors
Bar No. 206841
Lance Law Firm, LLC
P. O. Box 1
Blairsville, GA 30514
Email: matt@lancelawfirm.com

DISTRIBUTION LIST:

Notice of the foregoing Consent Order on Motion for Relief from Stay shall be forwarded to the following parties in interest:

**Debtors' Attorney**
Jack C. Lance, Jr., Esquire
Lance Law Firm, LLC
P. O. Box 1
Blairsville, GA 30514
Email: matt@lancelawfirm.com

**Trustee**
Bradley J. Patten
Smith, Gilliam and Williams, P.A.
P.O. Box 1098
Gainesville, GA  30503
Email: bpatten@sgwmfirm.com

**U.S. Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Email: ustpregion21.at.ecf@usdoj.gov

**Debtors**
Adam Deyton
Heather Deyton
182 Deyton Road
Blairsville, GA 30512

**Attorney for Movant**
Richard B. Maner, Esq.
Richard B. Maner, PC
80 Interstate North Pkwy, Suite 200
Atlanta, GA 30339